■ ROMEO STERLINI, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Order, so far as appealed from, entered on March 12, 1962, unanimously affirmed, with $50 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ RACHEL ANDERSON, Appellant, v. MANHATTAN OPERA HOUSE HOLDING CORP., Respondent.— Order, entered on January 31, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ RACHEL ANDERSON, Appellant, v. MANHATTAN CENTER, INC., et al., Respondents.— Order and judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TIMOTHY HARRISON, Appellant.— Order, entered on January 24, 1961, unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Bergan, JJ.

■ ET VE BALIK KURUMU, a State Enterprise of the Republic of Turkey, Appellant, v. B. N. S. INTERNATIONAL SALES CORPORATION, Respondent, et al., Defendant.— Order, so far as appealed from, entered on June 20, 1960, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Bergan, JJ. [25 Misc 2d 299.]

■ In the Matter of STERN BROTHERS, Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Order, entered on or about December 20, 1960, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO GIANNESCA, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Bergan, JJ.

■ In the Matter of SAMUEL J. JACKMAN et al., Appellants, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and PARK BEEKMAN CORP., Intervenor-Respondent.— Order, entered on May 2, 1962, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ LOUIS ARONSON, Respondent, v. MAY FASOLO, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ CLARE KELLY et al., Respondents, v. MERCURY MOTOR HIRE CORP. et al., Appellants.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ In the Matter of SAMUEL O. LEIDER, Petitioner, v. PETER J. REIDY, as Commissioner of the Department of Buildings of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ JOAN SAMUELS, Respondent, v. ELLIS McDANIEL, Appellant.— Order, entered on February 1, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ ANGELINA POMILLA v. GREAT AMERICAN INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.